**DISMISS and Opinion Filed November 21, 2023**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01093-CV**

**HARMEET SINGH, Appellant**
**V.**
**RATEGAIN TRAVEL TECHNOLOGIES, LIMITED AND**
**RATEGAIN TECHNOLOGIES, INC., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06923**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant has filed a motion to dismiss this appeal, stating the appeal was filed in error. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

231093F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HARMEET SINGH, Appellant

No. 05-23-01093-CV     V.

RATEGAIN TRAVEL
TECHNOLOGIES, LIMITED AND
RATEGAIN TECHNOLOGIES,
INC., Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-06923.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Rategain Travel Technologies, Limited and Rategain Technologies, Inc. recover their costs, if any, of this appeal from appellant Harmeet Singh.

Judgment entered November 21, 2023.